## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Douglas Meggitt,

        Plaintiff,                        Civil No. 09-737 (RHK/RLE)

vs.                                         **ORDER**

Grede Foundries, Inc.,

        Defendant.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: April 3, 2009

                                                                    s/Richard H. Kyle
                                                                    RICHARD H. KYLE
                                                                    United States District Judge